UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-07-628-13 |
| | § | |
| JESSE SOLIZ | § | |

## **ORDER**

The motion to withdraw as attorney for Defendant Jesse Soliz filed by attorney Bruce C.

Matzke (D.E. 337) is DENIED.

SIGNED and ORDERED this 12th day of May, 2008.

_____
Janis Graham Jack
United States District Judge